IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: TOBY J. WALKER, SR.,        BANKRUPTCY CASE NO. 16-70385
                                              CHAPTER 13

                            Debtor        Related to Claim No.: 9

PNC BANK, NA,
                            Movant

vs.

TOBY J. WALKER, SR. and
RONDA J. WINNECOUR, ESQ, Trustee,
                            Respondents

DECLARATION THAT THE EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT OF PNC BANK, N.A.

1. Debtor filed for relief under Chapter 13 on May 19, 2016 at the above case number.

2. A Chapter 13 Plan has been confirmed.

3. A notice of mortgage change was filed on December 6, 2018 decreasing the mortgage

payment from $429.07 to $427.89.

4. The existing Chapter 13 plan is sufficient to fund the plan with modified debt.

                                        Respectfully Submitted:
                                        By: /s/ Joseph E. Fieschko, Jr.
                                        Joseph E. Fieschko, Jr., Esquire
                                        Fieschko and Associates Inc.
                                        2230 Koppers Bldg.
                                        Pittsburgh, PA 15219
                                        412-281-2204
                                        PA I.D.#28797

## AFFIDAVIT OF SERVICE

      I, Joseph E. Fieschko, Jr., attorney for the debtor, do hereby swear, under penalty of perjury, that I have served a true and correct copy of the DECLARATION THAT THE EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT OF PNC BANK, N.A., by First Class Mail and Electronic Filing, on the following:

First Class Mail:
James C. Warmbrodt, Esquire
KMI Law Group
700 Market Street, Suite 5000
Philadelphia, PA  19106

Electronic Filing:
Ronda J. Winnecour, Chapter 13 trustee
Office of the US Trustee


Dated: December 13, 2018                                        By:/s/Joseph E. Fieschko, Jr.
                                                                                 Joseph E. Fieschko, Jr.