IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: TOBY J. WALKER SR.

BANKRUPTCY CASE NO. 16-70385

CHAPTER 13

Debtor             Related Doc No.: 102

RONDA J. WINNECOUR, Trustee and
TOBY J. WALKER SR.,

          Movants

vs.

Michaels Corporation,

          Respondent

**CERTIFICATE OF SERVICE OF ORDER TO TERMINATE WAGE ATTACHMENT**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 19, 2019

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail and Electronic Filing.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Electronic Filing:
Ronda J. Winnecour, Chapter 13 Trustee
Office of the US Attorney

First Class Mail:
Michaels Corporation
817 West Main Street
Brownsville, PA 15417

                        By:/s/Joseph E. Fieschko, Jr.
                        Joseph E. Fieschko, Jr., Esquire
                        Fieschko and Associates, Inc.

436 7th Avenue, Suite 2230
Pittsburgh, PA  15219
412-281-2204
PA I.D.# 28797
joe@fieschko.com