IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TOBY J. WALKER SR. | BANKRUPTCY NO. 16-70385-JAD |
| | CHAPTER 13 |
| Debtor | RELATED TO DOC. NO. 101 |
| RONDA J. WINNECOUR, Trustee and TOBY J. WALKER SR., | |
| Movants | |
| vs. | |
| MICHAELS CONSTRUCTION, | |
| Respondent | |

ORDER TO TERMINATE WAGE ATTACHMENT

The Wage Attachment order issued 10/24/2018 at ECF No. 89 against:

> Michaels Corporation
> 817 West Main Street
> Brownsville, PA 53006

is TERMINATED.

DATED this 18th day of March, 2019.

_____
JEFFERY A. DELLER            mas
U. S. BANKRUPTCY JUDGE

cc: Michaels Corporation
Ronda Winnecour, Trustee
Joseph E. Fieschko, Jr., Esquire
Toby J. Walker, Sr.

FILED
3/18/19 2:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Toby J Walker, Sr.  
    Debtor

Case No. 16-70385-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-7     User: msch     Page 1 of 1     Date Rcvd: Mar 18, 2019  
                Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2019.
```
db            +Toby J Walker, Sr.,    925 East Main Street,    Somerset, PA 15501-2141
              +Michaels Corporation,    Attn: Payroll Manager,    817 West Main Street,
                Brownsville, PA 53006-1444
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2019 at the address(es) listed below:
```
              CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, N.A. pabk@logs.com,
               ewassall@logs.com
              James    Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
              Joseph E. Fieschko, Jr.    on behalf of Debtor Toby J Walker, Sr. joe@fieschko.com,
               rcfishko@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```