IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TOBY J. WALKER, JR. | BANKRUPTCY CASE NO. 16-70385<br>CHAPTER 13 |
| Debtor | Hearing Date: June 28, 2019 @11:00 AM |
| TOBY J. WALKER, JR. | Response Due: June 21, 2019 |
| Movant | Related Doc. No.: 108 |
| RONDA J. WINNECOUR, Trustee, | |
| Respondent | |

NOTICE OF HEARING WITH RESPONSE DEADLINE FOR MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

TO THE RESPONDENTS:

You are hereby notified that the above Movant seek an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than June 21, 2019, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on June 28, 2019 10:00 AM before Judge Jeffrey A. Deller in **Courtroom B , Penn Traffic Building, 1st Floor, 319 Washington Street, Johnstown, PA 15901.** Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: May 28, 2019, 2019           By:/s/ Joseph E. Fieschko, Jr.
                                              Joseph E. Fieschko, Jr., Esquire

Suite 2230
436 Seventh Avenue
Pittsburgh, PA  15219
412-281-2204
FAX 412-338-9169
joe@fieschko.com
PA I.D.#28797

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: TOBY J. WALKER, JR. | BANKRUPTCY CASE NO. 16-70385 <br> CHAPTER 13 |
| Debtor | Hearing Date: June 28, 2019 @11:00 AM |
| TOBY J. WALKER, JR. | Response Due: June 21, 2019 |
| Movant | Related Doc. No.: 108 |
| RONDA J. WINNECOUR, Trustee, | |
| Respondent | |

AFFIDAVIT OF SERVICE

I, Joseph E. Fieschko, Jr., Esquire, Attorney for the Debtor, do hereby certify under penalty of perjury that I have served by first class mail, certified mail and electronic filing, a true and correct copy of the Notice of Hearing with Response Deadline on Debtor's Motion to Convert Case from Chapter 13 to Chapter 7 this 28th day of May, 2019 on the following:

Electronic Filing:
Office of the U.S. Trustee
Ronda J. Winnecour, Chapter 13 Trustee

First Class Mail:
AAS Debt Recovery
PO Box 121
Monroeville, PA 15146

AAS Debt Recovery Inc.
PO Box 129
Monroeville, PA 15146

BOFIFEDBK/HRBMRLD/ATLC
PO Box 105374
Atlanta, GA 30348

Collection Service Center
839 5th Avenue
New Kensington, PA 15068

```
Convergent Outsourcing
800 SW 39th Street
Renton, WA 98057

First National Bank
4140 State Street
Hermitage, PA 16148

First Premier Bank
601 S. Minnesota Avenue
Sioux Falls, SD 57104

Jefferson Capital Systems
16 McClelland Road
Saint Cloud, MN 56303

John Deer Financial
PO Box 5328
Madison, WI 53705-0328

Merrick Bank
10705 S. Jordan Gtwy
Suite 200
South Jordan, UT 84095

Midland Funding
8875 Aero Drive
Suite 200
San Diego, CA 92123

National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111

PNC Mortgage
PO Box 8703
Dayton, OH 45401

Potofolio Recovery Assoc./Walmart
PO Box 12914
Norfolk, VA 23541

Regional Acceptance Corp.
1424 E. Fire Tower Road
Greenville, NC 27858

Synchrony Bank
Po Box 960061
Orlando, FL 32896

TEK Collect
PO Box 1269
Columbus, OH 43216
```

```
WEB Bank/Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

Toby Walker
925 East Main Street
Somerset, PA   15501
```

EXECUTED ON:  May 28, 2019    By:/s/ Joseph E. Fieschko Jr.
Joseph E. Fieschko Jr., Esquire
Attorney for the Debtors
Suite 2230
436 Seventh Avenue
Pittsburgh PA  15219
(412)  281-2204
FAX 412-338-9169
joe@fieschko.com
PA I.D.#:28797