# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

**Debtor:** TOBY J WALKER, SR.
**Case Number:** 16-70385-JAD    **Chapter:** 13

**Date / Time / Room:** FRIDAY, JUNE 28, 2019 11:00 AM   COURTROOM B

**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** MARY SCHUETZ
**Reporter / ECR:** N/A

## *Matter:*

Debtor's Motion To Convert Case To Chapter 7
- No Response Filed  [Due 6/21/2019]
**R / M #:**  108 / 0

## *Appearances:*

CHAPTER 13 TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE
DEBTOR: JOSEPH E. FIESCHKO, JR., ESQUIRE
CREDITOR:

## *Proceedings:*

__✓__ Motion is **GRANTED** / DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at _____
    _____ To Conciliation Conference For _____ at _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order - NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Text Order to be issued converting case to Chapter 7**

FILED
6/28/19 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge