IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: TOBY J. WALKER, JR.,                BANKRUPTCY CASE NO. 16-70385
                                           CHAPTER 13

        Debtor

TOBY J. WALKER, JR.,

        Movant

LISA M. SWOPE, Trustee,

        Respondent

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Joseph E. Fieschko, Jr. 28797**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

AHN Emergency Group of Somerset Co
Attn: 16697N
PO Box 14000
Belfast, ME 04915-4033


Foundation Radiology Group
PO Box 1198
Somerset, PA 15501


UPMC Somerset Hospital
PO Box 645819
Pittsburgh, PA 15264-5819


Americollect
1851 S. Alverno Road
Manitowoc, WI 54221-1566

Document      Page 2 of 2

By: /s/Joseph E. Fieschko, Jr.

**Joseph E. Fieschko, Jr. 28797**

**436 7th Avenue**
**Suite 2230**
**Pittsburgh, PA 15219**

**412-281-22014 Fax: 412-338-9169**

joe@fieschko.com