IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: TOBY J. WALKER, JR.      BANKRUPTCY CASE NO. 16-70385
    CHAPTER 13

    Debtor

TOBY J. WALKER, JR.

    Movant

LISA M. SWOPE, Trustee,

    Respondent

### DEBTOR'S SCHEDULE OF UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF THE CHAPTER 13 CASE AND BEFORE CONVERSION

AHN Emergency Group of Somerset Co
Attn: 16697N
PO Box 14000
Belfast, ME 04915-4033


Foundation Radiology Group
PO Box 1198
Somerset, PA 15501


UPMC Somerset Hospital
PO Box 645819
Pittsburgh, PA 15264-5819


Americollect
1851 S. Alverno Road
Manitowoc, WI 54221-1566


    /s/Joseph E. Fieschko Jr.
    Attorney for the Debtor

Joseph E. Fieschko Jr., Esquire
Suite 2230
436 Seventh Avenue
Pittsburgh PA  15219
(412)  281-2204
FAX 412-338-9169
joe@fieschko.com
PA I.D.#:28797

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE: TOBY J. WALKER, JR.           BANKRUPTCY CASE NO. 16-70385
                                                    CHAPTER 13

                                    Debtor

TOBY J. WALKER, JR.

                                    Movant

LISA M. SWOPE, Trustee,

                                    Respondent

## CERTIFICATE OF SERVICE

I, Joseph E. Fieschko Jr., Esquire, certify under penalty of perjury that I have served true and correct copies of Debtor's Schedules of Unpaid Debts Incurred After Commencement of the Chapter 13 Case and Before Conversion and Order on the following by first class mail, postage prepaid, and electronic filing:

Electronic filing:
Office of the U.S. Trustee
Lisa M. Swope, Trustee

First Class Mail:
AHN Emergency Group of Somerset Co
Attn: 16697N
PO Box 14000
Belfast, ME 04915-4033


Foundation Radiology Group
PO Box 1198

Somerset, PA 15501


UPMC Somerset Hospital
PO Box 645819
Pittsburgh, PA 15264-5819


Americollect
1851 S. Alverno Road
Manitowoc, WI 54221-1566

.

EXECUTED ON:  July 8, 2019          /s/ Joseph E. Fieschko Jr.
                                    Joseph E. Fieschko Jr., Esquire
                                    Attorney for the Debtor
                                    Suite 2230
                                    436 Seventh Avenue
                                    Pittsburgh PA  15219
                                    (412)  281-2204
                                    FAX 412-338-9169
                                    joe@fieschko.com
                                    PA I.D.#:28797