**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TOBY J WALKER, SR.

Debtor(s)

Ronda J. Winnecour
  Movant
vs.
No Respondents.

Case No.:16-70385 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/19/2016 and confirmed on 07/26/2016 . The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,110.00 |
| Less Refunds to Debtor | 2,973.97 | |
| TOTAL AMOUNT OF PLAN FUND | | 35,136.03 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,800.00 | |
|    Trustee Fee | 1,588.84 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,388.84 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 30,061.48 | 0.00 | 30,061.48 |
|   Acct: 0838 | | | | |
| PNC BANK NA | 24,051.89 | 685.71 | 0.00 | 685.71 |
|   Acct: 0838 | | | | |
| | | | | 30,747.19 |
| **Priority** | | | | |
| JOSEPH E FIESCHKO JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| TOBY J WALKER, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| TOBY J WALKER, SR. | 2,973.97 | 2,973.97 | 0.00 | 0.00 |
|   Acct: | | | | |
| FIESCHKO & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| JOSEPH E FIESCHKO JR ESQ | 2,800.00 | 2,800.00 | 0.00 | 0.00 |
|   Acct: | | | | |

* * * N O N E * * *

| 16-70385 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | FIRST NATIONAL BANK OF PA** Acct: 6734 | 0.00 | 0.00 | 0.00 | 0.00 |
| | FIRST NATIONAL BANK OF PA** Acct: 3549 | 0.00 | 0.00 | 0.00 | 0.00 |
| | BOFIFEDBK HRBMRLD ATLC Acct: 0009 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC Acct: 03Z6 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC Acct: GTML | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC Acct: 19RO | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC Acct: 03Z6 | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC Acct: GTML | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC Acct: 19RO | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLLECTION SERVICE CENTER INC Acct: 19RP | 0.00 | 0.00 | 0.00 | 0.00 |
| | COLUMBIA GAS OF PA INC(*) Acct: 9114 | 943.65 | 0.00 | 0.00 | 0.00 |
| | FIRST NATIONAL BANK OF PA(*) Acct: 8130 | 2,473.88 | 0.00 | 0.00 | 0.00 |
| | PREMIER BANKCARD LLC Acct: 9150 | 632.50 | 0.00 | 0.00 | 0.00 |
| | JEFFERSON CAPITAL SYSTEMS LLC* Acct: 0436 | 736.44 | 0.00 | 0.00 | 0.00 |
| | JOHN DEERE FINANCIAL Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | MERRICK BANK Acct: 3668 | 702.86 | 0.00 | 0.00 | 0.00 |
| | MIDLAND FUNDING LLC Acct: 8025 | 1,009.85 | 0.00 | 0.00 | 0.00 |
| | NATIONAL RECOVERY AGENCY GROUP** Acct: 6338 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NATIONAL RECOVERY AGENCY GROUP** Acct: 0727 | 0.00 | 0.00 | 0.00 | 0.00 |
| | NATIONAL RECOVERY AGENCY GROUP** Acct: 6338 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC Acct: 3255 | 948.01 | 0.00 | 0.00 | 0.00 |
| | REGIONAL ACCEPTANCE CORP Acct: 6053 | 8,802.94 | 0.00 | 0.00 | 0.00 |
| | SYNCHRONY BANK++ Acct: 1612 | 0.00 | 0.00 | 0.00 | 0.00 |
| | TEK COLLECT Acct: 4421 | 0.00 | 0.00 | 0.00 | 0.00 |
| | WEBBANK-FINGERHUT Acct: 2918 | 0.00 | 0.00 | 0.00 | 0.00 |
| | OFFICE OF UC BENEFITS POLICY** Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JAMES C WARMBRODT ESQ Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                                           30,747.19

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 24,051.89 |
| UNSECURED | 16.250.13 |

Date: 07/31/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com