**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Toby J Walker, Sr.** | Social Security number or ITIN   **xxx–xx–9114** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **16–70385–JAD**

# Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Toby J Walker, Sr.

<u>10/9/19</u>

**By the court:**  <u>Jeffery A. Deller</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-70385-JAD
Toby J Walker, Sr.                                                  Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: admin           Page 1 of 2          Date Rcvd: Oct 09, 2019
                             Form ID: 318           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db             +Toby J Walker, Sr.,    925 East Main Street,    Somerset, PA 15501-2141
tr             +Lisa M. Swope,   Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
14233077       +AAS Debt Recovery,    PO Box 121,   Monroeville, PA 15146-0121
14233078       +AAS Debt Recovery Inc.,    PO Box 129,   Monroeville, PA 15146-0129
14233079       +BOFIFEDBK/HRBMRLD/ATLC,    PO Box 105374,   Atlanta, GA 30348-5374
14270760      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,    PO Box 117,   Columbus, OH 43216)
14233082       +First National Bank,    4140 E. State Street,    Hermitage, PA 16148-3401
14233085        John Deer Financial,    PO Box 5328,   Madison, WI 53705-0328
14300039       +PNC Bank, N.A.,    3232 Newmark Drive,   Miamisburg, OH 45342-5421
14233089       +PNC Mortgage,    PO Box 8703,   Dayton, OH 45401-8703
14233090       +Potofolio Recovery Assoc./Walmart,    PO Box 12914,    Norfolk, VA 23541-0914
14233093       +TEK Collect,    PO Box 1269,   Columbus, OH 43216-1269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 10 2019 03:17:54      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14233080       +E-mail/Text: bankruptcy@firstenergycorp.com Oct 10 2019 03:18:34      Collection Service Center,
                 839 5th Avenue,    New Kensington, PA 15068-6303
14233081       +EDI: CONVERGENT.COM Oct 10 2019 06:53:00      Convergent Outsourcing,    800 SW 39th Street,
                 Renton, WA 98057-4927
14233083       +EDI: AMINFOFP.COM Oct 10 2019 06:53:00      First Premier Bank,    601 S.Minnesota Aenue,
                 Sioux Falls, SD 57104-4868
14233084        EDI: JEFFERSONCAP.COM Oct 10 2019 06:53:00      Jefferson Capital Systems,    16 McClelland Road,
                 Saint Cloud, MN 56303
14278639        EDI: JEFFERSONCAP.COM Oct 10 2019 06:53:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
14241446        EDI: MERRICKBANK.COM Oct 10 2019 06:53:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
14241446        E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 10 2019 03:14:56      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14275826       +EDI: MID8.COM Oct 10 2019 06:53:00      MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
14233086       +EDI: MERRICKBANK.COM Oct 10 2019 06:53:00      Merrick Bank,    10705 S. Jordan Gtwy,    Suite 200,
                 South Jordan, UT 84095-3977
14233086       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 10 2019 03:14:31      Merrick Bank,
                 10705 S. Jordan Gtwy,    Suite 200,   South Jordan, UT 84095-3977
14233087       +EDI: MID8.COM Oct 10 2019 06:53:00      Midland Funding,    8875 Aero Drive,    Suite 200,
                 San Diego, CA 92123-2255
14233088       +E-mail/Text: Bankruptcies@nragroup.com Oct 10 2019 03:19:27      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14296963        EDI: PRA.COM Oct 10 2019 06:53:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14293306       +EDI: JEFFERSONCAP.COM Oct 10 2019 06:53:00      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,   Saint Cloud Mn 56302-7999
14233091       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 10 2019 03:14:34      Regional Acceptance Corp.,
                 1424 E. Fire Tower Road,    Greenville, NC 27858-4105
14237419        E-mail/PDF: RACBANKRUPTCY9BBANDT.COM Oct 10 2019 03:14:34      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
14233092       +EDI: RMSC.COM Oct 10 2019 06:53:00      Synchrony Bank,    Po Box 960061,
                 Orlando, FL 32896-0061
14233094       +EDI: BLUESTEM Oct 10 2019 06:53:00      WEB Bank/Fingerhut,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                            TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC Bank, N.A.
cr              PNC Bank, National Association
aty*           +Lisa M. Swope,   Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
                                                                             TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-7          User: admin              Page 2 of 2              Date Rcvd: Oct 09, 2019
                              Form ID: 318             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
          CSU - OUCTS, PA Labor & Industry   ra-li-ucts-bankpitts@state.pa.us
          Elizabeth Lamont Wassall   on behalf of Creditor   PNC Bank, National Association pabk@logs.com,
           ewassall@logs.com
          Elizabeth Lamont Wassall   on behalf of Creditor   PNC Bank, N.A. pabk@logs.com,
           ewassall@logs.com
          James  Warmbrodt   on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor   PNC Bank, N.A. bkgroup@kmllawgroup.com
          Joseph E. Fieschko, Jr.   on behalf of Debtor Toby J Walker, Sr. joe@fieschko.com,
           rcfishko@aol.com
          Lisa M. Swope   on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,  PA73@ecfcbis.com
          Lisa M. Swope   lms@nsslawfirm.com,  PA73@ecfcbis.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
                                                                        TOTAL: 9
```